FILED: January 2, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1001

(1:14-cv-00048-MOC-DLH)

_____

KENT STAHLE

        Plaintiff - Appellant

v.

CTS CORPORATION

        Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
| Originating Case Number | 1:14-cv-00048-MOC-DLH |
| Date notice of appeal filed in originating court: | 12/31/2014 |
| Appellant (s) | Kent Stahle |
| Appellate Case Number | 15-1001 |
| Case Manager | Cathi Bennett<br>804-916-2704 |