
**WAKE FOREST**
UNIVERSITY
SCHOOL of LAW

**John J. Korzen**
Director of Appellate Advocacy Clinic
& Associate Professor of Legal Writing

OFFICE: (336) 758-5832
FAX: (336) 758-4496
korzenjj@wfu.edu

September 11, 2015
*via CM/ECF*

Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

  Re: <u>Kent Stahle v. CTS Corporation</u>, No. 15-1001

Dear Ms. Connor:

  I am writing you pursuant to Fourth Circuit Local Rule 46(a) regarding the above-referenced appeal, in which I represent Plaintiff-Appellant Kent Stahle.

  Per the rule, I request that third-year law students Kaitlin Price and Mackenzie Salenger be allowed to argue on behalf of Mr. Stahle in the argument scheduled for September 17. I will also be at the argument and will introduce them to the Court. They both drafted the supplemental brief for Mr. Stahle filed last month, while two third-year law students who graduated in May drafted the two previous briefs filed on behalf of Mr. Stahle.

  Also per the rule, consent of Mr. Stahle, a Dean's certification, Ms. Price's certification, and Ms. Salenger's certification are attached to this letter and contemporaneously filed.

  Thanking you for your attention, I am

           Very truly yours,

           /s/ *John J. Korzen*

           John J. Korzen

cc: Tom Holman w/attachments via CM/ECF

<u>Kent Stahle v. CTS Corporation</u>
Fourth Circuit Case No. 15-1001

I, Kent Stahle, understand that third-year law students at the Wake Forest University School of Law Appellate Advocacy Clinic, under the supervision of Professor John J. Korzen, are assisting in my representation. I agree to be represented by third-year law students Kaitlin Price and Mackenzie Salenger, under Professor Korzen's supervision, at the oral argument scheduled for September 17, 2015.

Signed, [signature]



**WAKE FOREST**
UNIVERSITY
SCHOOL of LAW

Ann Setien Gibbs
Associate Dean
Administrative & Student Services

September 11, 2015

Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

    Re: *Kent Stahle v. CTS Corporation*, No. 15-1001

Dear Ms. Connor:

    I am writing you pursuant to Fourth Circuit Local Rule 46(a), in connection with the above-referenced appeal.

    Per the rule, please note that Wake Forest University School of Law is a law school approved by the American Bar Association. Please also note that Kaitlin Price and Mackenzie Salenger are third-year law student at Wake Forest and that they have completed five semesters of legal studies.

    Finally, I am pleased to certify that Ms. Price and Ms. Salenger are of good character and competent legal ability.

                                       Very truly yours,

                                       Ann S. Gibbs
                                       Associate Dean,
                                       Administrative & Student Services

September 11, 2015

TO THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

    Re:   <u>Kent Stahle v. CTS Corporation</u>,
           No. 15-1001

    I am a third-year law student at Wake Forest University School of Law, and I have completed four semesters of law school. I am preparing to argue on behalf of Plaintiff Kent Stahle, in the argument in the above-referenced case scheduled for Thursday, September 17.

    Pursuant to Fourth Circuit Local Rule 46(a), I hereby certify that I have read and am familiar with the Rules of Professional Conduct of the North Carolina State Bar, which are the Rules of Conduct in force in North Carolina, the state in which my law school is located.

                                             Sincerely,

                                             Kaitlin Price

September 11, 2015

TO THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

    Re:   <u>Kent Stahle v. CTS Corporation</u>,
           No. 15-1001

I am a third-year law student at Wake Forest University School of Law, and I have completed four semesters of law school. I am preparing to argue on behalf of Plaintiff Kent Stahle, in the argument in the above-referenced case scheduled for Thursday, September 17.

Pursuant to Fourth Circuit Local Rule 46(a), I hereby certify that I have read and am familiar with the Rules of Professional Conduct of the North Carolina State Bar, which are the Rules of Conduct in force in North Carolina, the state in which my law school is located.

Sincerely,

Mackenzie Salenger